# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alvarez, Micaela | District Court - S.District-TX | 06/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1701 W. Bus. 83
McAllen, Texas 78501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Texas Exes, University of Texas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property-Donna, Hidalgo County, TX - see Part VIII | B | Rent | J | R | | | | | |
| 2. | American Funds:Growth Fund of America, Inc | | None | | | Sold | 01/04/11 | J | A | |
| 3. | American Funds: Capital Income BLDR FD-Class A | | None | | | Sold | 01/04/11 | J | A | |
| 4. | American Funds: Capital Income BLDR FD-Class B | | None | | | Sold | 01/04/11 | J | A | |
| 5. | American Funds:Capital World Growth&Income Fund Inc.-Class A | | None | | | Sold | 01/04/11 | J | A | |
| 6. | American Centy Mut. FDS Growth Fund | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 7. | American Centy Invt. TR Diversified BD INSTL CL | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 8. | Artisan FDS Inc Small Cap Value FD ARTVX | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 9. | Dodge & Cox FDS INTL STK FD DODFX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 10. | Eaton Vance SER II Income Fund Goston CL I EIBIX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 11. | Eaton Vamce Large Cap Value Fund Class I EILVX | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 12. | Goldman Sachs TR Finl Square Treas Instrs FD INSTL CL FTIXX | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 13. | Harbor Fund Cap Appreciation FD INSTL CL HACAX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 14. | Harbor FD INTL Crowth Fund ISTL Class HAIGX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 15. | Janus INVT FD Flexible BD FD Class I JFLEX | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 16. | JPMorgan Core Bond FD Slect WOBDX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 17. | Munder Ser TR Midcap Core Grwth FD CL Y MGOYX | A | Dividend | J | T | Buy | 01/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen INVT FDS Inc Real Estate Secs Fund CL I FARCX | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 19. Pimco FDS Pac Invt Mgmt Ser Total Return FD Instl CL PTTRX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 20. Pimco FDS Pac Invt Mgmt Ser-Commodity Real Return STrat FD I | B | Dividend | J | T | Buy | 01/10/11 | J | | |
| 21. Pioneer Ser Tr III Cullen Value FD CL Y CVFYX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 22. Pioneer Ser TR I Pioneer OAD Ridge Small Cap Growth Fund CL | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 23. Dreyful Emerging Mkts Fd CL I DRPEX | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 24. Royce Funds Value Plus Fund-Inv RVPHX | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 25. Wt Mut FD Crm Mid Cap Value FD Instl CL CRIMX | A | Dividend | J | T | Buy | 01/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Positions - this position comenced July 2009

The porperty listed in Part VII, line 1 was purchased on July 25, 2003 for the price of $14,500.00.

In Part VII, lines 6 - 9, those assests were sold and the moneys paid directly to myself.

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Micaela Alvarez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544